IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ORSCHELN FARM AND HOME, LLC, | |
|---|---|
| Plaintiff, | 4:19CV3013 |
| vs. | |
| AFFILIATED FM INSURANCE COMPANY, | ORDER TO SHOW CAUSE |
| Defendant. | |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on February 8, 2019. (Filing No. 1). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed any return of service indicating service on the defendant, a waiver of service has not been filed, and the defendant has not entered a voluntary appearance. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **May 29, 2019**, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 15th day of May, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge